In re _Bonnie Pershin_____,    Case No. _11-32884_____
                Debtor(s)                                  (if known)

# AMENDED
## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Chase Bank Checking Account | 735 ILCS 5/12-1001(b) | $ 400.00 | $ 600.00 |
| Chase Bank Savings Account | 735 ILCS 5/12-1001(b) | $ 3,300.00 | $ 3,300.00 |
| TV's and computer | 735 ILCS 5/12-1001(b) | $ 300.00 | $ 300.00 |
| Pictures | 735 ILCS 5/12-1001(a) | $ 100.00 | $ 100.00 |
| Clothes | 735 ILCS 5/12-1001(a) | $ 1,000.00 | $ 1,000.00 |
| Bright Start 529-American Funds | 15 ILCS 505/16.5 | $ 15,000.00 | $ 15,000.00 |
| IRA - American Funds | 735 ILCS 5/12-1006 | $ 25,000.00 | $ 25,000.00 |
| 4-R Max, LLC | 735 ILCS 5/12-1001(b) | $ 0.00 | $ 0.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.