B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–32884**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Bonnie Pershin
   9725 Woods Drive
   #815
   Skokie, IL 60077

Social Security / Individual Taxpayer ID No.:
   xxx–xx–1796

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>November 15, 2011</u>                   <u>Kenneth S. Gardner, Clerk</u>
                                                   United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-32884-ERW
Bonnie Pershin                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: admin          Page 1 of 3           Date Rcvd: Nov 15, 2011
                            Form ID: b18         Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2011.
```
db         +Bonnie Pershin,    9725 Woods Drive,    #815,    Skokie, IL 60077-4451
17658491   +4-R Max, LLC,    c/o Bonnie Pershin,    9725 Woods Drive, #815,    Skokie, IL 60077-4451
17658492   +A&F Auto,    902 South Milwaukee,    Libertyville, IL 60048-3229
17658498   +ARSI,    555 St. Charles Drive,    #100,    Thousand Oaks, CA 91360-3983
17658493   +Active Electric,    4240 West Lawrence,    Chicago, IL 60630-2798
17658495    Almarc Electric,    c/o Bonnie Pershin,    925 Woods Drive, #815,    Skokie, IL  60077
17658497    Amperage Electrical Supply,    359 Irving Park Road,    Roselle, IL  60172
17658500   +Bid Clerk,    28 North Clark Street,    Chicago, IL 60602-2716
17658502   +Caine and Weiner,    9960 Corporate Campus Drive,    #1600,    Louisville, KY 40223-3008
17658504   +Davis Powers, Inc.,    640 North LaSalle Street,    Chicago, IL 60654-3781
17658507   +First Bank of Evanston,    820 Church Street,    Evanston, IL 60201-3764
17658509   +First Communications,    P.O. Box 71-5248,    Columbus, OH 43271-5248
17658510   +Grundard Leavitt,    812 Dearborn Street,    Chicago, IL 60610-3317
17658511   +Home Depot/Citibank,    26000 Cannon Road,    Bedford, OH 44146-1807
17658512   +Humana,    101 E. Main Street,    Louisville, KY 40202-5316
17658513   +Illinois Tollway,    700 Ogden Ave.,    Downers Grove, IL 60515-2901
17658514   +Illinois Tollway Authority,    NCO Financial,    P.O. Box 4947,    Trenton, NJ 08650-4947
17658515   +Liftworks,    1130 Carolina,    Unit F,    West Chicago, IL 60185-5163
17658519   +MBW,    26000 Cannon Road,    Cleveland, OH 44146-1807
17658516   +Marc Pershin,    1122 Clark Street,    Chicago, IL 60610-2857
17658517   +Marc S. Lichtman & Assoc.,    222 North LaSalle Street,    #200,    Chicago, IL 60601-1114
17658518   +Marshall Electric,    7400 N. Western Avenue,    Chicago, IL 60645-1796
17658520   +Michael Haber,    134 North LaSalle,    Chicago, IL 60602-1124
17658521   +Michael Haber,    134 North LaSalle Street,    Chicago, IL 60602-1124
17658522   +Mobile Mini Inc.,    5223 S. 9th Street,    Milwaukee, WI 53221-3628
17658523   +NCO Financial Services,    600 Holiday Plaza,    #300,    Matteson, IL 60443-2238
17658524   +NCO Financial Systems,    600 Holiday Plaza,    #300,    Matteson, IL 60443-2238
17658526   +North Shore Healthcare,    23056 Network Place,    Chicago, IL 60673-1230
17658527   +Northwest Electric,    600 East Rand Road,    Mount Prospect, IL 60056-2533
17658529   +O'Keefe, Lyons and Hynes,    30 North LaSalle Street,    Suite 4100,    Chicago, IL 60602-2507
17658528   +Oak Fire,    58 East Clinton Street,    Suite 300,    Joliet, IL 60432-4194
17658531   +Pinnacle Management Services,    514 Market Loop,    Suite 103,    West Dundee, IL 60118-2181
17658490   +RMS,    4836 Brecksville Road,    P. O. Box 523,    44286-0523
17658532   +Richard H. Fimoff,    25 East Washington Street,    Suite 1000,    Chicago, IL 60602-1705
17658533   +Smith Amundson,    150 North Michigan Avenue,    Chicago, IL 60601-6004
17658534   +Stone, Pogrund & Korey LLC,    One East Wacker Drive,    #2610,    Chicago, IL 60601-2001
17658535   +Teller, Levit & Silvertrust PC,    11 East Adams Street,    #800,    Chicago, IL 60603-6369
17658536   +The IDM Group,    P.O. Box 46465,    Plymouth, MN 55446-0465
17658537   +Timesavers,    P.O. Box 88469,    Chicago, IL 60680-1469
17658539    Tradesman International,    216 Riverside Ave.,    Saint Charles, IL  60174-1936
17658541   +VEOIIA,    4836 Brecksville Road,    P. O. Box 523,    Richfield, OH 44286-0523
17658540    Vengroff, Williams and Assoc.,    P.O. Box 4155,    Sarasota, FL 34230-4155
17658542   +Well Built Equipment,    9960 Corporate Campus Drive,    Louisville, KY 40223-4098
17658543    Willow Electrical,    3828 Des Plaines River Road,    Schiller Park, IL  60176
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17658494   +E-mail/Text: support@amscollections.com Nov 16 2011 05:28:59     Allen Maxwell & Silver,
             190 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2533
17658496   +EDI: AMEREXPR.COM Nov 16 2011 03:18:00      American Express,    P.O. Box 0001,
             Los Angeles, CA 90096-8000
17658501    EDI: CHASE.COM Nov 16 2011 03:18:00      BP Amoco,    Cardmember Services,    P. O. Box 15153,
             Wilmington, DE  19886-5153
17658499    EDI: BANKAMER.COM Nov 16 2011 03:13:00      Bank of America,    PO Box 851001,
             Dallas, TX  75285-1001
17658503   +E-mail/Text: legalcollections@comed.com Nov 16 2011 05:03:58     Com ED,    PO BOX 6111,
             Carol Stream, IL 60197-6111
17658505    EDI: RCSDELL.COM Nov 16 2011 03:18:00      Dell Financial,    PO Box 6403,
             Carol Stream, IL  60197
17658508   +E-mail/Text: swilloughby@firstbt.com Nov 16 2011 05:04:56     First BT of Evanston,
             820 Church Street,    Evanston, IL 60201-3764
17658506   +E-mail/Text: swilloughby@firstbt.com Nov 16 2011 05:04:56     First Bank & Trust of Evanston,
             820 Church Street,    Evanston, IL 60201-3764
17658525    E-mail/Text: bankrup@nicor.com Nov 16 2011 04:30:05     Nicor,    PO Box 0632,
             Aurora, IL  60507-0632
17658538   +EDI: AISTMBL.COM Nov 16 2011 03:13:00      T-Mobile,    P.O. Box 742596,
             Cincinnati, OH 45274-2596
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1          User: admin              Page 2 of 3                   Date Rcvd: Nov 15, 2011
                              Form ID: b18             Total Noticed: 54

17658530*     +Bonnie Pershin,   9725 Woods Drive,   #815,   Skokie, IL 60077-4451
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2011**                **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: admin              Page 3 of 3               Date Rcvd: Nov 15, 2011
                              Form ID: b18             Total Noticed: 54


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2011 at the address(es) listed below:
              Deborah   Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Nathaniel J. Pomrenze    on behalf of Debtor Bonnie Pershin npomrenze@rsplaw.com,
               raddison@rsplaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard H Fimoff    on behalf of Debtor Bonnie Pershin rfimoff@rsplaw.com,  fb@rsplaw.com
                                                                                             TOTAL: 4
```